Form B16B
12/94

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re Elizabeth Corey HART
       Debtor

Case No. 19-10763

Chapter 13

FILED 2019 MAR 11 P 3:20
CLERK US BANKRUPTCY ALEXANDRIA DIVISION

## MOTION TO STAY

I, Elizabeth Corey Hart respectfully request a motion to stay on my property located at

1991 Brooke Farm Ct
Woodbridge, Va 22192

Elizabeth Corey Hart
March 11, 2019

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was sent via first class mail to the U.S. Trustee, Trustee and all interested parties on this ___11th___ day of _March_ 20_19_.

_[signature]_

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

In re: **Elizabeth Corey Hart**    Case No. **19-10763**
Debtor(s)    Chapter **13**

Plaintiff(s)    Adversary Proceeding No.

v.

**Wells Fargo Home Mortgage**

Defendant(s)

## CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 2090-1

Document Title: **Motion To Stay**
Date Document Filed: **March 11, 2019**
Docket Entry No. **19-10763**

I declare under penalty of perjury that (Check one box):

☒ No attorney has prepared or assisted in the preparation of this document.

☐ The following attorney prepared or assisted in the preparation of this document.

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)

**Elizabeth + Corey Hart**
Name of Pro Se Party (Print or Type)    Name of Pro Se Party (Print or Type)

*[signature]*
Signature of Pro Se Party    Signature of Pro Se Party

Executed on: **March 11, 2019** (Date)

[2090edva ver. 09/17]