## UNITED STATES BANKRUPTCY COURT

### FOR THE

### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

ELIZABETH COREY HART

        Debtor

Chapter 13

Case No. 19-10763-KHK

### TRUSTEE'S RESPONSE TO
### MOTION TO STAY

Thomas P. Gorman, Trustee, responds to Debtor's Motion to Stay by pointing out this is Debtor's sixth bankruptcy overall. Her prior cases were as follows:

**90-13315-DOT Elizabeth Corey Hart**
Chapter: 7  Date filed: 12/14/1990 Date discharged: 04/03/1991

**97-16153-MVB Elizabeth Hart**
Chapter: 13 Date filed: 08/19/1997 Date dismissed: 08/18/1998
*Dismissed on Trustee's Motion to Dismiss.*

**15-11992-RGM Elizabeth C. Hart**
Chapter: 7 Date filed: 06/09/2015 Debtor discharged: 09/16/2015

**16-11811-RGM Elizabeth Corey Hart**
Chapter: 13 Date filed: 05/24/2016 Debtor dismissed: 08/25/2016
*Dismissed on Trustee's Motion to Dismiss for Good Faith.*

**18-11983-BFK Elizabeth Corey Hart**
Chapter: 13 Date filed: 06/05/2018 Debtor dismissed: 08/15/2018
*Dismissed on Debtor's Voluntary Motion to Dismiss.*

Date: _March 21, 2019_____

___/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, #400
Alexandria, VA 22314
(703) 836-2226
VSB 26421

**Trustee's Response to Motion for Authority to Modify Loan**
Elizabeth Corey Hart, Case # 19-10763-KHK

## CERTIFICATE OF SERVICE

I hereby certify that I have this 21th day of March, 2019, served via ECF to authorized users or mailed a true copy of the foregoing Response to Motion to Stay to the following parties.

Elizabeth Corey Hart
Chapter 13 Debtor
1991 Brook Farm Court
Woodbridge, VA 22192

                                                     __/s/ Thomas P. Gorman_____
                                                     Thomas P. Gorman