# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

Elizabeth Corey Hart            Case No. 19-10763-KHK
    Debtor                                          (Chapter 13)

## ORDER DENYING MOTION TO ENFORCE AUTOMATIC STAY

THIS CASE came before the court on April 3, 2019 on the Debtor's Motion to Enforce Automatic Stay (Docket Entry No. 5). The Debtor failed to appear for the hearing.

WHEREAS, the Court takes judicial notice of the Debtor's three previous filings since 2015 wherein she resided at her current address 1991 Brook Farm Court, Woodbridge, Virginia 22192:

1. Case No. 15-11992: A Chapter 7 petition filed on June 9, 2015 and the Debtor was discharged on September 16, 2015;

2. Case No. 16-11811: A Chapter 13 petition filed on May 24, 2016 and dismissed on August 25, 2016 for lack of good faith and;

3. Case No. 18-11983: A Chapter 13 petition filed on June 5, 2018 and voluntarily dismissed on August 30, 2018. In this case, the Debtor never filed schedules.

UPON CONSIDERATION THEREOF, and for the reasons stated by the Court on the record, it is

**ORDERED** that the Debtor's Motion to Enforce Automatic Stay is denied.

Date: Apr 3 2019                            /s/ Klinette Kindred

                                                   Klinette H. Kindred
Alexandria, Virginia                    United States Bankruptcy Judge

Entered on Docket: Apr 4 2019

**Copy electronically to:**

Thomas P. Gorman

**Copy mailed to:**

Elizabeth Corey Hart
1991 Brook Farm Court
Woodbridge, VA 22192