# United States Bankruptcy Court
## Eastern District of Virginia
### Alexandria Division

**In re:** Elizabeth Corey Hart     **Case Number** 19-10457 BFK
                                   **Chapter** 13

**Debtor(s)**

Corrected
## ORDER SETTING HEARING

**TO:** **Debtor(s)**  Elizabeth Corey Hart  1991 Brook Farm Court  Woodbridge, VA 22192

**Attorney for Debtor(s)** PRO SE
**Trustee**  Thomas P. Gorman, 300 N. Washington St., Suite 400, Alexandria, VA 22314
**United States Trustee**  John P. Fitzgerald, III Office of the U.S. Trustee - Region 4  1725 Duke Street  Suite 650  Alex VA 22314

The Clerk has determined that the above-captioned debtor(s) has/have failed to cure certain deficiency(ies) in this case.  Therefore, a hearing will be held:

*Date:*     05/09/2019
*Time:*     11:00 AM
*Location:*  U. S. Bankruptcy Court, 200 S. Washington St., 2nd Fl., Courtroom I, Alexandria, VA  22314

The debtor(s) should appear at the hearing and explain why the bankruptcy case should not be dismissed for failure to timely cure the following deficiency(ies):

Failure to timely file Lists, Schedules and/or Statements
Failure to timely file Chapter 13 Plan

**If the debtor(s) fails to appear at the hearing, the above-captioned case will be dismissed.**

NOTICE:  **Even if the debtor(s) files the required document(s) or makes the required payment(s), the debtor(s) must still attend the hearing to explain why he/she/they failed to do so timely.**

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $_____ is due and owing to the Clerk of Court, payable as follows:

☐ due and payable immediately.

☐ $_____ on _____, $_____ on _____, and $_____ on _____.

Dated: 4/24/2019                              **William C. Redden, Clerk**
                                              **United States Bankruptcy Court**

                                              **By:** /s/ Jillinda Glenn
                                                    **Deputy Clerk**

                                              NOTICE OF JUDGMENT OR ORDER
                                              ENTERED ON DOCKET: 4/24/2019

[osethrgln ver. 08/18]