**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>ELIZABETH COREY HART<br><br>Debtor | Chapter 13<br><br>Case No. 19-10763-KHK |

**TRUSTEE'S RESPONSE AND REPORT TO ORDER SETTING HEARING**

Thomas P. Gorman, Chapter 13 Trustee, responds to the Court's Order Setting Hearing (Docket No. 40) by reporting as follows:

1. Debtor has not filed Plan or Schedules in this case.
2. Debtor did appear at the Section 341 Meeting of Creditors scheduled for April 16, 2019.
3. No tax returns or wage statements/pay advices have been received from Debtor.
4. No Plan payment of any kind has been received from or on behalf of Debtor.
5. Trustee notes Debtor has five prior bankruptcy filings:
    a. Chapter 7 Case Number 90-13315-DOT was filed on December 14, 1990 and was discharged on April 3, 1991.
    b. Chapter 13 Case Number 97-16153-MVB was filed on June 9, 2015 and was dismissed on Trustee's Motion to Dismiss on August 18, 1998.
    c. Chapter 7 Case Number 15-11992-RGM was filed on June 9, 2015 and was discharged on September 16, 2015.
    d. Chapter 13 Case Number 16-11811-RGM was filed on May 24, 2016 and was dismissed on Trustee's Motion to Dismiss for good faith on August 25, 2016.
    e. Chapter 13 Case Number 18-11983-BFK was filed on June 5, 2018 and was dismissed on Debtor's Voluntary Motion to Dismiss on August 15, 2018.
6. Given that no Plan or Schedules have yet been filed in this latest (sixth) filing, Trustee suggests that any dismissal be with prejudice.

Date: _May 3, 2019_____                    ___/s/ Thomas P. Gorman_____
                                            Thomas P. Gorman
                                            Chapter 13 Trustee
                                            300 N. Washington Street, #400
                                            Alexandria, VA 22314
                                            (703) 836-2226
                                            VSB 26421

**Trustee's Response to Motion for Authority to Modify Loan**
Elizabeth Corey Hart, Case # 19-10763-KHK

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the foregoing via first class mail, postage prepaid to the following, this 3rd day of May, 2019.

Elizabeth Corey Hart
Chapter 13 Debtor
1991 Brook Farm Court
Woodbridge, VA 22192

                                                    __/s/ Thomas P. Gorman_____
                                                    Thomas P. Gorman