**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| ELIZABETH COREY HART, ) | Case No. 19-10763-KHK |
| ) | Chapter 13 |
| Debtor. ) | |

**ORDER DISMISSING CASE WITH PREJUDICE**

On May 9, 2019, the Court held a hearing on its Order Setting Hearing due to the Debtor's failure to timely file a Chapter 13 Plan and Lists, Schedules and/or Statements. Docket No.40. The Debtor failed to appear and Thomas P. Gorman, Esquire, the Chapter 13 Trustee, was present in person. For the reasons stated on the record, it is

**ORDERED**:

1. This case is dismissed with prejudice to re-filing under any chapter of the Bankruptcy Code in this or any other court for a period of <u>180 days</u> from the entry of this Order.

2. The Debtor is advised that she has 14 days within which to note an appeal of this Order.

3. The Clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: May 13 2019  /s/ Brian F. Kenney
_____  _____
                        Brian F. Kenney
Alexandria, Virginia    United States Bankruptcy Judge

                        Entered on Docket: May 14 2019

<u>Copies to</u>:

Elizabeth Corey Hart
1991 Brook Farm Court
Woodbridge, VA 22192
*Debtor*

Thomas P. Gorman, Esquire
300 N. Washington St. Ste. 400
Alexandria, VA 22314
*Chapter 13 Trustee*